JS-6

Youssef H. Hammoud, CA Bar No. 321934
Email: yh@lawhammoud.com
**HAMMOUD LAW, P.C**
3744 East Chapman Avenue, #F12269
Orange, California 92859
Telephone: (949) 301-9692
Facsimile: (949) 301-9693

*Attorneys for Plaintiff Jesse Clifford Williams*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JESSE CLIFFORD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CONTEMPORARY INFORMATION CORPORATION,<br><br>Defendant. | Case No.: 2:22-cv-08755-PA-MRW<br><br><br><br>**ORDER** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

IT IS SO ORDERED

Dated September 06, 2023

United States District Judge

1